UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA PIERCE,<br>　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>　　　　Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | NO. CV 18-2805-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: June 4, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE