# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cynthia Pierce,** | NO. CV 18-2805-KS |
| **Plaintiff,** | |
| v. | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |
| **Commissioner of Social Security,** | |
| **Defendant.** | |

Based upon the Stipulation for Award and Payment of Attorney Fees Pursuant to EAJA 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on August 28, 2019, IT IS ORDERED that fees in the amount of $5,800.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: August 29, 2019

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1